IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AURELIO LLANOS-FALERO,<br>Plaintiff | : | No. 1:22-CV-1222 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA,<br>Defendant | : | |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The United States' motion (Doc. 45) for summary judgment under Federal Rule of Civil Procedure 56 is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of the United States and against plaintiff Aurelio Llanos-Falero as to all claims.

3. The Clerk of Court is further directed to CLOSE this case.

Date: 8/2/24

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court